

Brian S. Weinstein
+1 212 450 4972
brian.weinstein@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

February 9, 2023

**VIA ECF**
The Honorable Eric R. Komitee
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Parot v. Clarivate Plc*, C.A. No. 1:22-cv-00394-EK-MMH (consolidated with C.A. Nos. 1:22-cv-01371-EK-MMH and 1:22-cv-01372-EK-MMH)

Dear Judge Komitee:

We represent defendant Clarivate Plc ("Clarivate") and the individual Clarivate director and officer defendants in the above-referenced action (the "Action"). As the Court is aware, oral argument on defendants' motions to dismiss was set earlier this week for May 4, 2023 at 10:00 am. In light of counsel's prior scheduling commitments, we write pursuant to Your Honor's Individual Rule I.C to respectfully request an adjournment of the oral argument date.

Counsel for the parties have conferred and all counsel have consented to this request. All counsel are available for argument on the following dates: April 19, April 20, April 21, and May 19. If none of those dates are available, the parties are willing to confer to provide other alternative dates. The parties have not previously requested such an adjournment, and an adjournment would not affect any other scheduled dates in the Action. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Brian S. Weinstein*

Brian S. Weinstein

cc: All counsel of record (via ECF)