

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 7050
BBRAUN@SIDLEY.COM

August 24, 2023

**VIA ECF**

The Honorable Eric R. Komitee
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Parot v. Clarivate Plc*, C.A. No. 1:22-cv-00394-EK-MMH (consolidated with C.A. Nos. 1:22-cv-01371-EK-MMH and 1:22-cv-01372-EK-MMH)

Dear Judge Komitee:

We write on behalf of Defendant PricewaterhouseCoopers LLP ("PwC").

Plaintiff's Amended Consolidated Complaint ("ACC") (ECF No. 97) contains no new allegations relating to PwC. Therefore, in light of the Court's Order of August 10, 2023, PwC respectfully requests that its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 65), memoranda of law in support thereof (ECF Nos. 66–67, 69–70), letter submissions (ECF Nos. 87, 91, 98), and oral argument (ECF No. 88) be directed at the ACC.

Respectfully submitted,

Bruce Braun

cc: All counsel of record (via ECF)